FILE COPY

No. 07-18-00442-CR

| | | |
|---|---|---|
| Fabian Perez | § | From the 320th District Court |
|   Appellant | |   of Potter County |
| | § | |
| v. | | January 15, 2019 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 15, 2019, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o